COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jennifer Braden v. Hussain Rahim

Appellate case number:    01-14-00159-CV

Trial court case number:  2012-45660

Trial court:              312th District Court of Harris County

On April 30, 2014, appellee Hussain Rahim filed a Motion to Dismiss Appeal. After review, the motion is **DENIED**.

The Court notes Braden paid for the clerk's record on April 28, 2014. Appellant has not, however, paid the $195.00 filing fee due to the First Court of Appeals, despite previous notifications payment was late. Further, the Court is in receipt of an information sheet from the court reporter of the 312th District Court, Barbara Nagji, indicating appellant, Jennifer Braden, has not requested nor paid for the reporter's record.

**Appellant, Jennifer Braden, is ORDERED** to pay, or make arrangements to pay, for both the First Court of Appeals filing fee and for the court reporter's record **within 15 days** of the date of this order, or this appeal may be dismissed for want of prosecution and failure to pay fees.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
             X Acting individually      ☐ Acting for the Court

Date: May 13, 2014